Joseph H. Lemkin (JL-2490)
**DUANE MORRIS LLP**
**A Delaware Limited Liability Partnership**
744 Broad Street
Newark, New Jersey 07102
(973) 424-2000
Facsimile (973) 424-2001

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BANC OF AMERICA PRACTICE SOLUTIONS, INC., as servicer for BANK OF AMERICA, successor by merger and acquisition to MBNA AMERICA (DELAWARE), N.A., assignee of Sky Bank, and as agent for U.S. Bank Trust National Association,<br><br>Plaintiff,<br><br>v.<br><br>WEST 86TH STREET DENTISTRY, PC and NJEMJIKA S. OBIECHINA,<br><br>Defendants. | Civil Action No. 1:07-cv-04752-LTS<br><br><br><br>**RULE 7.1 STATEMENT** |

   Pursuant to Federal Rule of Civil Procedure Rule 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff BANC OF AMERICA PRACTICE SOLUTIONS, INC., as servicer for BANK OF AMERICA, successor by merger and acquisition to MBNA AMERICA (DELAWARE), N.A., assignee of Sky Bank, and as agent for U.S. Bank Trust National Association,(BOA) (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                      Banc of America Practice Solutions, Inc.
                            Bank of America (Delaware NA)

Dated: March __, 2007                         _____
                                                               Joseph H. Lemkin, Esq. (JL-2490)