Joseph H. Lemkin (JL-2490)
**DUANE MORRIS LLP**
**A Delaware Limited Liability Partnership**
744 Broad Street
Suite 1200
Newark, New Jersey 07102
(973) 424-2000
Facsimile (973) 424-2001



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BANC OF AMERICA PRACTICE
SOLUTIONS, INC., as servicer for BANK OF
AMERICA, successor by merger and acquisition
to MBNA AMERICA (DELAWARE), N.A.,
assignee of Sky Bank, and as agent for U.S. Bank
Trust National Association,

        Plaintiff,

        v.

WEST 86TH STREET DENTISTRY, PC AND
NKEMJIKA S. OBIECHINA, DMD,

        Defendants.

Civil Action No. 07 CV 4752 (LTS)

**ORDER TO SHOW CAUSE**

---

Upon the affidavit of Joseph L. Heeter, Esq., sworn to on May 24, 2007, and upon the

copy of the complaint hereto attached, it is ORDERED, that the above named Defendants show

before this Court, at Room 17 Daniel Patrick Moynihan United States Courthouse, 500 Pearl

Street, New York, New York 10007-1312, on July 9, 2007, at 12 :00 p.m., or as

soon thereafter as counsel may be heard, why an Order of Seizure should not be issued pursuant

to CPLR 7102, made applicable by Rule 64 of the Federal Rules of Civil Procedure; and it is

further ORDERED that a copy of this order, together with the papers upon which it is granted, be

personally served upon the Defendants or their attorney(s) on or before June 25, 2007,

by _5_ :_00_ p.m., and that such service be deemed good and sufficient. Any written opposition to the application shall be filed with the Court (with a courtesy copy for Chambers) and served on Plaintiffs' counsel by July 5, 2007 at 3:00 pm.

Dated: __June 19, 2007__

_____
UNITED STATES DISTRICT JUDGE

DM3\515182.1