# EXHIBIT D

[REDACTED]

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Jessie Pozuelos

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

UCC Direct Services
P. O. Box 29071
Glendale, CA  91209-9071

NY, Secretary of State

200306175121715

17-JUN-2003

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #:** 200302210391774    2/21/2003
**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2. [ ] TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3. [ ] CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4. [ ] ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects [ ] Debtor or [X] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
- [ ] CHANGE name and/or address
- [ ] DELETE name
- [X] ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**
6a. ORGANIZATION'S NAME:
6b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME / SUFFIX:

**7. CHANGED (NEW) OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME: U.S. BANK TRUST NATIONAL ASSOCIATION
7c. MAILING ADDRESS: 100 WALL STREET, 16TH FLOOR
CITY: NEW YORK   STATE: NY   POSTAL CODE: 10005   COUNTRY: US

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
As security for the payment of the indebtedness and all other indebtedness, obligations, and liabilities of Lessee to Lessor, now existing or hereafter arising, directly or indirectly, by operation of law or otherwise (collectively the "Liabilities"), Lessee assigns, transfers, pledges, hypothecates and grants to Lessor, its successors and assigns, a first priority security interest (the "Security Interest") in all Lessee's assets, including without limitation, all inventory, supplies, accounts, general intangibles, chattel paper and instruments, goods, asset, machinery, fixtures, furnishings, and all other personal property together with all other accessories, accessions, attachments and appurtenances, appertaining or attached thereto, whether now

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT**
9a. ORGANIZATION'S NAME: SKY BANK

**10. OPTIONAL FILER REFERENCE DATA:** 75004126
8048751    Debtor name: WEST 86TH STREET DENTISTRY P C

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
200302210391774

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
**SKY BANK**

OR  12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Additional Collateral Text:
owned or hereafter acquired, and all other substitutions, renewals, replacements and improvements and all proceeds, rents, issuers, income, profits and avails, including without limitation, insurance proceeds. Further, borrower grants lender a purchase money security interest in specific equipment, furniture and fixtures purchased by borrower and financed by lender on or about filing date (collectively the "Collateral").

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)
NATUCC3 4/23/01 C T System Online