| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **ORDER TO SHOW CAUSE** | |
| EFFECTED (1) BY ME: **MALGORZATA SLADEK** | |
| TITLE: **PROCESS SERVER** | DATE: **06/26/2007  01:45PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

WEST 86TH STREET DENTISTRY P.C.

Place where served:

255 CENTRAL PARK WEST   NEW YORK NY 100##

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

DR. ODIECHINA

Relationship to defendant: DOCTOR

Description of person accepting service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: BLACK   HAIR: BLACK   OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**FILED**
Stamped copy will
arrive shortly

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____    SERVICES $ _____ . _____    TOTAL $ _____ . _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 6 / 26 / 20 07        _____ L.S.
SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

6/26/07

CHERYL M. DE VERA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 6, 2011

ATTORNEY:   JOSEPH H. LEMKIN, ESQ.
PLAINTIFF:   BANC OF AMERICA PRACTICE SOLUTIONS INC.
DEFENDANT:  WEST 86TH STREET DENTISTRY, ET AL
VENUE:      DISTRICT NY
DOCKET:     N/A

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RR