```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 0 2007
```

**DuaneMorris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

JOSEPH H. LEMKIN
DIRECT DIAL: 973.424.2040
E-MAIL: jhlemkin@duanemorris.com

www.duanemorris.com

July 9, 2007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

**VIA FACSIMILE (212) 805-0426**

Honorable Laura Taylor Swain
United States District Court
500 Pearl St., Room 755
New York, NY 10007

Re: <u>Banc of America Practice Solutions, Inc. v. West 86th Street Dentistry, PC, et al.</u>
1:07-cv-04752-LTS

Dear Judge Swain:

This firm represents Plaintiff Banc of America Practice Solutions in the above referenced matter. A hearing was scheduled for today regarding an Order to Show Cause which was signed by your Honor on June 19, 2007. Please be advised that the parties are finalizing settlement discussions and we intend to file a stipulation with the Court. As such, Plaintiff respectfully requests that the hearing with regard to the Order to Show Cause be adjourned to the same date as the pre-trial conference, which is scheduled for September 21, 2007.

Please do not hesitate to contact the undersigned with any questions you may have.

Respectfully submitted,

/s/ Joseph H. Lemkin
Joseph H. Lemkin

JHL/sh

cc: Bryan Murphy

*The request is granted.*

**SO ORDERED.**

/s/ 7/9/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

---

DUANE MORRIS LLP   A DELAWARE LIMITED LIABILITY PARTNERSHIP                                 WALTER J. GREENHALGH, RESIDENT PARTNER

744 BROAD STREET, SUITE 1200  NEWARK, NJ 07102-3889                             PHONE: 973.424.2000  FAX: 973.424.2001