Joseph H. Lemkin (JL-2490)
**DUANE MORRIS LLP**
A Delaware Limited Liability Partnership
744 Broad Street
Suite 1200
Newark, New Jersey 07102
(973) 424-2000
Facsimile (973) 424-2001

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BANC OF AMERICA PRACTICE SOLUTIONS, INC., as servicer for BANK OF AMERICA, successor by merger and acquisition to MBNA AMERICA (DELAWARE), N.A., assignee of Sky Bank, and as agent for U.S. Bank Trust National Association,<br><br>Plaintiff,<br><br>v.<br><br>WEST 86TH STREET DENTISTRY, PC AND NKEMJIKA S. OBIECHINA, DMD,<br><br>Defendants. | Civil Action No. 1:07-cv-04752-LTS |

## CERTIFICATE OF SERVICE

I certify that a copy of the adjournment request granted by the Honorable Laura Taylor Swain on July 9, 2007, carrying the hearing regarding the Order to Show cause from July 9, 2007 to September 19, 2007, was served upon the following persons **via FEDEX overnight mail and first class mail** on July 13, 2007:

Nkemjika S. Obiechina, DMD           West 86th Street Dentistry, PC
170 Jane Street                                      255 Central Park West
Englewood, NJ 07631                          New York, NY 10024

H:\pdf\Obiechina, cert of service, adjournment letter.doc

2

Date:   Newark, New Jersey
        July 18, 2007

**DUANE MORRIS LLP**

By:   s/ Joseph H. Lemkin
      Joseph H. Lemkin