**DUANE MORRIS LLP**
*A Delaware Limited Liability Partnership*
744 Broad Street
Suite 1200
Newark, New Jersey 07102
Joseph H. Lemkin (JL-2490)
Tel: (973) 424-2000
Fax: (973) 424-2001
Attorneys for Banc of America Practice Solutions, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANC OF AMERICA PRACTICE SOLUTIONS, INC., as servicer for BANK OF AMERICA, successor by merger and acquisition to MBNA AMERICA (DELAWARE), N.A., assignee of Sky Bank, and as agent for U.S. Bank Trust National Association, <br><br> Plaintiff, <br><br> v. <br><br> WEST 86TH STREET DENTISTRY, PC AND NKEMJIKA S. OBIECHINA, DMD, <br><br> Defendants. | Civil Action No. 1:07-cv-04752-LTS |

**CERTIFICATE OF SERVICE**

I certify that a copy of the adjournment request granted by the Hon. Laura Taylor Swain on August 21, 2007, carrying the hearing regarding the Order to Show cause from July 9, 2007 to September 21, 2007, was served upon the following persons **via first class mail** on August 28, 2007:

Nkemjika S. Obiechina, DMD
170 Jane Street
Englewood, NJ 07631

West 86th Street Dentistry, PC
255 Central Park West
New York, NY 10024

**DUANE MORRIS LLP**

By: /s/ Joseph H. Lemkin
    Joseph H. Lemkin

Date: Newark, New Jersey
      September 19, 2007

DM1\1195929.1