*Swain, J*

Joseph H. Lemkin (JL-2490)
**DUANE MORRIS LLP**
A Delaware Limited Liability Partnership
744 Broad Street
Suite 1200
Newark, New Jersey 07102
(973) 424-2000
Facsimile (973) 424-2001

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 7 2007
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BANC OF AMERICA PRACTICE SOLUTIONS, INC., as servicer for BANK OF AMERICA, successor by merger and acquisition to MBNA AMERICA (DELAWARE), N.A., assignee of Sky Bank, and as agent for U.S. Bank Trust National Association, | Civil Action No. 1:07-cv-04752-LTS |
| Plaintiff, | |
| v. | **ORDER GRANTING AND DIRECTING SEIZURE** |
| WEST 86TH STREET DENTISTRY, PC AND NKEMJIKA S. OBIECHINA, DMD, | |
| Defendants. | |

Plaintiff, Banc of America Practice Solutions, Inc., as servicer for Bank of America,

successor by merger and acquisition to MBNA America (Delaware), N.A., assignee of Sky

Bank, and as agent for U.S. Bank Trust National Association ("Plaintiff"), having moved this

Court by Order to Show Cause for an Order pursuant to Rule 64 of the Federal Rules of Civil

Procedure directing Plaintiff with, if necessary, the assistance of the Office of the United States

Marshals for the Southern District of New York, to go immediately to the premises located at

255 Central Park West, New York, New York 10024, and once there, to seize all Collateral (as

defined in the Complaint) including, but not limited to, the equipment detailed on the invoice

attached hereto as **Exhibit A;**

DM3\515189.2

**NOW,** upon the reading and filing of said Order to Show Cause, the annexed Affidavit of Joseph L. Heeter, sworn to on May 24, 2007, the accompanying Complaint and exhibits annexed thereto, and upon all papers and proceedings previously filed and had herein, and upon hearing the arguments of counsel on September 21, 2007, it is hereby

**ORDERED, ADJUDGED AND DECREED** that:

1.      The Order to Show Cause is granted in its entirety.

2.      Plaintiff shall procure an undertaking in the amount of $30,000.00.

3.      Upon procuring the undertaking referenced in paragraph 2, Plaintiff with the assistance of the Office of the United States Marshals for the Southern District of New York, is hereby directed to go immediately to the premises located at 255 Central Park West, New York, New York 10024 (the "Property") and seize all of Plaintiff's Collateral assets located therein, including without limitation, the equipment set forth in the invoices attached hereto as **Exhibit A**.

4.      If the Collateral is not delivered to the Office of the United States Marshal, the Marshal's office may  break open, enter and search the Property for said Collateral.

Issued: _September 27_, 2007

_____
UNITED STATES DISTRICT COURT JUDGE

DM3\515189.2