# EXHIBIT "A"

05/22/03  10:28 FAX 414 321 8569         FINANCIAL SERVICES                    ☑004



# Sullivan-Schein Dental™
### A ⚡HENRY SCHEIN® COMPANY

# INVOICE
## EQUIPMENT SALES AND SERVICE

**Ken Obiechina**
**2 W 86th St**
**New York, NY 10024-3666**

SHIP TO: **00901070**
Ken Obiechina
2 West 86th Street
New York, NY 10024

BILL TO: **00653107**
Ken Obiechina
2 W 86th St
New York, NY 10024-3666

| REFERENCE# | 19791811 |
|---|---|
| INVOICE# | 5076448 |
| INVOICE DATE | 05/22/2003 |

| BRANCH | CLIFTON | BALANCE DUE |
|---|---|---|
| ORDER# | 899894 | |
| PAGE# | 3 | $64708.84 |

Please detach and mail above with your payment

| LINE# | ITEM# | DESCRIPTION | QUANTITY | PRICE EA | TOTAL |
|---|---|---|---|---|---|
| 25 | 6121771 | HANDLER MFG  Splash Hood W/Light | 1.00 | | |
| 26 | 6126979 | HANDLER MFG  Splash Hood W/Lite  Shelia | 1.00 | | |
| 27 | 3653554 | BUFFALO DENT Vibrator PowerRite #1A | 1.00 | 69.00 | 69.00 |
| 28 | 5647511 | MATRX MEDICA RA Syst W/Tail Std & Valve | 1.00 | 1149.00 | 1149.00 |
| | | S/N: 0302MRA13074 | | | |
| 29 | 7173547 | DENTSPLY NOR DenOptic I/O Scanner Syst | 1.00 | 1295.00 | 1295.00 |
| | | S/N: 021122031290 | | | |
| 30 | 5500467 | THE BREWER C 3145L Assistants Stool | 1.00 | 495.00 | 495.00 |
| | | S/N: 030515079430 | | | |
| 31 | 6283971 | KAVO AMERICA Signer System #C | 1.00 | 4239.00 | 4239.00 |
| 32 | 6281174 | KAVO AMERICA Intra K 181K Motor 20 000RPM | 1.00 | | |
| | | COLOR: SAGE #DAV004 | | | |
| 33 | 6281875 | KAVO AMERICA Intra Lux K181K Attachment | 1.00 | | |
| | | W/ 13 EA. 6000B HDPC , 1 EA. 465NRN COUPLER, 1 EA. 181K MOTOR, | | | |
| | | 2 EA. #20K ATTACH, 2 EA. #68G HEADS, 1 EA. #10K NOSE CONE | | | |
| 34 | 7173661 | DENTSPLY NOR Center Mill Pinion 7550c | 1.00 | | |
| 35 | 5641263 | MATRX MEDICA MDX N20 Mixer Head | 1.00 | | |
| | | S/N: 0302MT08450AS | | | |

| | |
|---|---|
| REFERENCE# | 19791811 |
| INVOICE# | 5076448 |
| INVOICE DATE | 05/22/2003 |
| ORDER# | 899894 |

** See reverse side for Terms Of Sale **

| | |
|---|---|
| Labor | .00 |
| Equipment & Parts | 73634.00 |
| SUB TOTAL | 73634.00 |
| Shipping & Handling | .00 |
| Tax | 6074.84 |
| ORDER TOTAL | 79708.84 |
| Less Deposit | 15000.00 |
| BALANCE DUE | 64708.84 |

** Labor Billing: Billing rate is charged in 1/4 hour intervals with exception of the first 1/2 hour. **

05/22/03  10:20 FAX 414 321 8569      FINANCIAL SERVICES                    002


## Sullivan-Schein Dental™
A ◢HENRY SCHEIN® COMPANY

# INVOICE
## EQUIPMENT SALES AND SERVICE

Kem Obiechina
2 W 86th St
New York, NY 10024-3666

SHIP TO: **00901070**
Kem Obiechina
2 West 86th Street
New York, NY 10024

BILL TO: **00653107**
Kem Obiechina
2 W 86th St
New York, NY 10024-3666

| REFERENCE# | 19791811 | | BRANCH | CLIFTON |
|---|---|---|---|---|
| INVOICE# | 5076448 | | ORDER# | 899894 |
| INVOICE DATE | 05/22/2003 | | PAGE# | 1 |

| LINE# | ITEM# | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|
| | WO: WO03200096 Technician: CHILE 66D-Metro New York | | | INSTALLATION N/C | |
| | Date of Service: 3/20/2003 Date of Completion: 3/20/2003 | | | | |
| | F PIN INSTALLATION ORDER | RE PIN INSTALLATION | | | |
| | DR'S PHONE: 201-413-5309 | | | | |
| | SKY FINANCIAL SOLUTIONS, MD4941AM | | | | |
| | APPROVAL EXPRS 7/28/03 | | | | |
| 1 | 6283490 KAVO AMERICA KLR300-1 Drs Deliv.Contr | | 2.00 | 14999.00 | 29998.00 |
| | S/N: 30962 | | | | |
| | S/N: 30962 | | | | |
| 2 | 6283307 KAVO AMERICA CHLR W/O Upholstery | | 2.00 | | |
| | S/N: 11063 | | | | |
| | S/N: 11063 | | | | |
| | W/ UPHOLSTERY, VACUUM FORMED-SAGE | | | | |
| 3 | 6285769 KAVO AMERICA KAVOLUX 1410A on KLR Crvd | | 2.00 | | |
| | S/N: 80610 | | | | |
| | S/N: 80610 | | | | |
| | COLOR SAGE (VACUUM FORMED) | | | | |
| 4 | 6286705 KAVO AMERICA Add'l 6-Pin I/O Tubing | | 4.00 | | |
| 5 | 6281511 KAVO AMERICA Add'l 4-Hole Std Tubing | | 2.00 | | |
| 6 | 6284585 KAVO AMERICA 700RL Elec Motor & Tubg | | 1.00 | | |
| | S/N: 030425074636 | | | | |
| | S/N: 030425074637 | | | | |
| 7 | 5507231 THE BREWER C 3335B DOCTORS STOOL | | 2.00 | 379.00 | 758.00 |
| | S/N: 030331068567 | | | | |
| | S/N: 030331068568 | | | | |

REFERENCE# 19791811
INVOICE# 5076448
INVOICE DATE 05/22/2003
ORDER# 899894

Continued on Next Page ..........