Joseph H. Lemkin (JL-2490)
**DUANE MORRIS LLP**
A Delaware Limited Liability Partnership
744 Broad Street
Suite 1200
Newark, New Jersey 07102
(973) 424-2000
Facsimile (973) 424-2001

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BANC OF AMERICA PRACTICE SOLUTIONS, INC., as servicer for BANK OF AMERICA, successor by merger and acquisition to MBNA AMERICA (DELAWARE), N.A., assignee of Sky Bank, and as agent for U.S. Bank Trust National Association,<br><br>Plaintiff,<br><br>v.<br><br>WEST 86TH STREET DENTISTRY, PC AND NKEMJIKA S. OBIECHINA, DMD,<br><br>Defendants. | Civil Action No. 1:07-cv-04752-LTS<br><br>**CLERK'S CERTIFICATE** |

     I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on June 4, 2007 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendants by serving defendant Nkemjika S. Obiechina at defendant West 86th Street Dentistry PC on June 26, 2007, via Guaranteed Subpoena Service, Inc., and proof of such service thereof was filed on July 9, 2007.

DM1\1291440.1

2

I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendants is hereby noted.

Dated:
New York, New York

                                    **MICHAEL MCMAHON**
                                    Clerk of the Court

By:  _____
Deputy Clerk