| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT, ORDER TO SHOW CAUSE, EXHIBITS** |
| EFFECTED (1) BY ME: | **MALGORZATA SLADEK** |
| TITLE: | **PROCESS SERVER**    DATE: 06/21/2007  02:15PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant:

WEST 86TH STREET DENTISTRY, P.C.

Place where served:

255 CENTRAL PARK WEST  NEW YORK NY 100##

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JANE DOE-REFUSED TO GIVE NAME

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F__ AGE: 51-65__ HEIGHT: 5'4"-5'8"__ WEIGHT: 131-160 LBS.__ SKIN: BLACK__ HAIR: BLACK__ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**FILED**
Stamped copy will
arrive shortly

**STATEMENT OF SERVER**

TRAVEL $ ____.____    SERVICES $ ____.____    TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 06 /21 /20 07

SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

06/21/07

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

ATTORNEY:   JOSEPH H. LEMKIN, ESQ.
PLAINTIFF:  BANC OF AMERICA PRACTICE SOLUTIONS, INC.
DEFENDANT:  WEST 86TH STREET DENTISTRY, P.C.
VENUE:      DISTRICT OF NY
DOCKET:     07 CV 4752

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

R R