UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

BANC OF AMERICA PRACTICE SOLUTIONS,
INC.,

        Plaintiff,

-v-

WEST 86TH STREET DENTISTRY, P.C., et al.,

        Defendants.

-----------------------------------------------------------x

No.  07 Civ. 4752 (LTS)(RLE)

ORDER

        This matter having been commenced by the filing of a complaint on June 4, 2007, and the defendants having failed to interpose a timely answer to the complaint or otherwise move in this proceeding, and the plaintiff having sought permission to move for a default judgment, it is hereby

        ORDERED, that the plaintiff may make a motion for a default judgment; and it is further

        ORDERED, that such motion for default judgment shall be served on the defendants and shall be accompanied by copies of the Clerk's Certificate and of proof of service of the summons and complaint and the motion for default judgment as provided by the undersigned's Individual Practices Rules; and it is further

        ORDERED, that said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court; and it is further

        ORDERED, that plaintiff shall serve a copy of this Order on defendants and file proof of such service within ten (10) days from the date hereof.

Dated: New York, New York
      March 27, 2008

                           LAURA TAYLOR SWAIN
                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  MAR 2 7 2008