**DUANE MORRIS LLP**
*A Delaware Limited Liability Partnership*
744 Broad Street
Suite 1200
Newark, New Jersey 07102
Joseph H. Lemkin (JL-2490)
Tel: (973) 424-2000
Fax: (973) 424-2001
Attorneys for Banc of America Practice Solutions, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANC OF AMERICA PRACTICE SOLUTIONS, INC., as servicer for BANK OF AMERICA, successor by merger and acquisition to MBNA AMERICA (DELAWARE), N.A., assignee of Sky Bank, and as agent for U.S. Bank Trust National Association,<br><br>Plaintiff,<br><br>v.<br><br>WEST 86TH STREET DENTISTRY, PC AND NKEMJIKA S. OBIECHINA, DMD,<br><br>Defendants. | Civil Action No. 1:07-cv-04752-LTS |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order granting Plaintiff permission to move for a default judgment was served upon the following person **via certified mail return receipt requested and regular mail** on April 3, 2008:

Nkemjika S. Obiechina, DMD
170 Jane Street
Englewood, NJ  07631

**DUANE MORRIS LLP**

By: */s/ Joseph H. Lemkin*
Joseph H. Lemkin

Date:   Newark, New Jersey
        April 3, 2008

DM1\1316515.1