**DUANE MORRIS LLP**
A Delaware Limited Liability Partnership
744 Broad Street
Suite 1200
Newark, New Jersey 07102
(973) 424-2000
Facsimile (973) 424-2001
Joseph H. Lemkin (JL-2490)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANC OF AMERICA PRACTICE SOLUTIONS, INC., as servicer for BANK OF AMERICA, successor by merger and acquisition to MBNA AMERICA (DELAWARE), N.A., assignee of Sky Bank, and as agent for U.S. Bank Trust National Association,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST 86TH STREET DENTISTRY, PC AND NKEMJIKA S. OBIECHINA, DMD,<br><br>    Defendants. | **Civil Action No. 1:07-cv-04752-LTS** |

TO: Nkemjika S. Obiechina, DMD and
    West 86th Street Dentistry, PC
    170 Jane Street
    Englewood, NJ 07631

### NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT

**PLEASE TAKE NOTICE** that plaintiff, Banc of America Practice Solutions, Inc. ("BOA" or "Plaintiff"), by their undersigned counsel, Duane Morris LLP, will hereby move before this Court for an order pursuant to Fed. R. Civ. P. 55(b) granting plaintiffs' motion for entry of default judgment in plaintiffs' favor against defendants West 86th Street Dentistry, PC and Nemjika Obiechina.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the Complaint filed commencing the within action, the affidavit of Joseph H. Lemkin, Esq. filed simultaneously herewith, the enclosed Clerk's Certificate, and the enclosed proof of service of the summons and complaint, in support of the within motion.

**PLEASE TAKE FURTHER NOTICE** that, answering papers, if any, shall be filed with the Clerk of this Court and served upon the undersigned counsel by no later then May 12, 2008, with reply papers due by no later then May 19, 2008.

Dated: Newark, New Jersey
April 28, 2008

                                                      Respectfully submitted,
                                                      **DUANE MORRIS LLP**

Dated: April 28, 2008                    By:   /s/ Joseph H. Lemkin
                                                        Joseph H. Lemkin
                                                         744 Broad Street
                                                         Newark, New Jersey 07102
                                                         (973) 424.2000

                                                     Attorneys for Plaintiff
                                                     Banc of America Practice Solutions, Inc.