**DUANE MORRIS LLP**
*A Delaware Limited Liability Partnership*
744 Broad Street
Suite 1200
Newark, New Jersey 07102
Joseph H. Lemkin (JL-2490)
Tel: (973) 424-2000
Fax: (973) 424-2001
Attorneys for Banc of America Practice Solutions, Inc.


## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK


| | |
|---|---|
| BANC OF AMERICA PRACTICE SOLUTIONS, INC., as servicer for BANK OF AMERICA, successor by merger and acquisition to MBNA AMERICA (DELAWARE), N.A., assignee of Sky Bank, and as agent for U.S. Bank Trust National Association, | : <br> : <br> : <br> : <br> : <br> : |
| Plaintiff, | : Civil Action No. 1:07-cv-04752-LTS <br> : <br> : |
| v. | : <br> : |
| WEST 86TH STREET DENTISTRY, PC AND NKEMJIKA S. OBIECHINA, DMD, | : <br> : <br> : |
| Defendants. | : <br> : |

## CERTIFICATE OF SERVICE

I, Joseph H. Lemkin, of full age hereby certify that on April 28, 2008, the following

documents: (i) Certificates of Service filed with the Court on July 9, 2007 and March 27, 2008

relative to the underlying Summons, Order to Show Cause and Complaint; (ii) Clerk's Certificate

of default; (iii) Notice of Motion for Default Judgment; and (iv) Affidavit of Joseph H. Lemkin,

Esq. in support thereof, were served upon the following persons/entities **via certified mail**

**return receipt requested and regular mail** on April 28, 2008:

DM1\1326767.1

Nkemjika S. Obiechina, DMD
170 Jane Street
Englewood, NJ 07631

West 86th Street Dentistry, PC
170 Jane Street
Englewood, NJ 07631

I hereby certify that the foregoing statements made by me are true. I am aware that if any

of the foregoing statements are willfully false, I am subject to punishment.

By:_____
Joseph H. Lemkin

Date:   Newark, New Jersey
        April 28, 2008

DM1\1326767.1