UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

BANC OF AMERICA PRACTICE SOLUTIONS,

               Plaintiff,               07 Civ. 4752(LTS)

      - against -               **CLERK'S CERTIFICATE**

WEST 86TH STREET DENITASTRY PC,
& NKEMJIKA S. OBIECHINA DMD,

               Defendant.

------------------------------x

    I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify as follows:

    1.    This action commenced on JUNE 4, 2007 with the filing of a summons and complaint.

    2. Copies of the summons and complaint were served on the defendant on June 26, 2007.

    3.    Proof of such service thereof was filed on July 9, 2007.

    I further certify that the docket entries indicate that the Defaulting defendant has filed an answer or otherwise moved with respect to the complaint. The default of the defaulting defendant is hereby noted.

Dated:  New York, New York
          March 18 2008

*J. Michael McMahon*
J. MICHAEL McMAHON
Clerk of the Court
By *[signature]*
DEPUTY CLERK